UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JON-MICHAEL DAVEY,
                Plaintiff,

v.                                       **ORDER OF DISMISSAL**

LUCOVITAAL, and PK BENELUX BV,      20 CV 5726 (VB)
                Defendant.
--------------------------------------------------------------x

       On July 23, 2020, plaintiff Jon-Michael Davey commenced the instant action against Lucovitaal and PK Benelux BV. (Doc. #1). On July 24, 2020, the Clerk of Court issued summonses as to both defendants. (Doc. #4).

       On October 26, 2020, the Court issued an Order warning plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before November 2, 2020, plaintiff either: (i) files to the ECF docket proof of service, indicating defendants were served on or before October 21, 2020, in accordance with Rule 4(m); or (ii) shows good cause in writing for his failure to comply with Rule 4(m). (Doc. #7).

       To date, plaintiff has not responded to the Court's October 26 Order, and has provided no good cause for his failure to comply with Rule 4(m). The Court concludes plaintiff has abandoned this case.

       Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and 41(b).

       The Clerk is instructed to close this case.

Dated: November 23, 2020
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge